

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Fred L Badger                           03694-088

_____             _____

_____             _____

*(Enter above the full name of the plaintiff*      *(Inmate Reg. # of each Plaintiff)*
*or plaintiffs in this action).*

**VERSUS**                              CIVIL ACTION NO. 2:19-cv-00653
                                        *(Number to be assigned by Court)*

SCRJ
1001 Centre Way
South Charleston WV
25309

*(Enter above the full name of the defendant*
*or defendants in this action)*

## COMPLAINT

I.   **Previous Lawsuits**

   A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

        Yes _____        No ✓

1

B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

  1. Parties to this previous lawsuit:

     Plaintiffs: _____

     Defendants: _____

  2. Court (if federal court, name the district; if state court, name the county);

     Southern District of West Virginia

  3. Docket Number: 2:06-cr-00173-1

  4. Name of judge to whom case was assigned:

     Judge Copenhaver

  5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

     Sentenced to 92 months

  6. Approximate date of filing lawsuit: 8-27-19

  7. Approximate date of disposition: 9-12-19

II. **Place of Present Confinement:** SCRJ

    A. Is there a prisoner grievance procedure in this institution?

        Yes ✓     No ___

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes ✓     No ___

    C. If you answer is YES:

        1. What steps did you take? I contact Kitchen, US marshalls, Counselor Oxley, Randy over religions

        2. What was the result? No attemps was made for food (Kosher or Services

    D. If your answer is NO, explain why not: They continue to issue the same meals and prevent me from Services.

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: Fred L Badger 03694-088

       Address: 1001 Centre Way, Charleston WV 25309

    B. Additional Plaintiff(s) and Address(es): ___

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: SuperIntendent Roberts

is employed as: As the Warden

at SCRJ

D. Additional defendants: Food Services, And Chapel Religious Department

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I am a Hebrew Isralite/Jewish inmate. I am restricted to dietary meal pertaining to kosher meal and religious services. I am also not issued religious material, grape juice, nor Motza Crackers. I am not authorized a place to worship. No Rabbi or a time to

4

IV. **Statement of Claim (continued):**

to practice. CFR 548.10 Allows me practice and meals in which this facuility will not allow. Federal marshalls informed them, courts informed them and they still refuse me. Under my rights to freedom of Religion they offer me no rights.

V. **Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like for this court to make them provide me Kosher meals, Time to practice, may motza crackers and juice to practice my traditional ceremonies on the perscribe day.

I would like to be give my religious holidays,

5

V. **Relief (continued)):**

They prohibited me from my passover, feast of Unleaven bread, day of atonement. I am also asking for compensation in the sum of 3 million dollar

VII. **Counsel**

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

Yes _____   No ✓

If so, state the name(s) and address(es) of each lawyer contacted:

_____

_____

If not, state your reasons: _____

_____

C. Have you previously had a lawyer representing you in a civil action in this court?

Yes _____   No ✓

If so, state the lawyer's name and address:

_____

_____


Signed this __27__ day of __August__, 20_19_.

_Fred L Badger_

_02694-088_

_____

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __8-27-19__.
               (Date)

_Fred L Badger_
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7